IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | NO. 4:19-CR-68<br>Judge |
| ZENON DOMINGUEZ NIETO (1)<br> a.k.a. DOMINGUEZ NIETO<br>JULIANO GARCIA-ZABALETA (2)<br> a.k.a. TORO<br>JOSE ANTONIO IBARRA GODINEZ (3)<br> a.k.a. GORDO<br> a.k.a. GORDITO | § § § § § § § | **SEALED** |
| [redacted] | | |
| OMAR MARTINEZ (9) | § | |



FILED
MAR 14 2019
Clerk, U.S. District Court
Texas Eastern

**FIRST SUPERSEDING INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 21 U.S.C. § 846
(Conspiracy to Distribute or
Possess with Intent to Distribute
or Dispense Cocaine)

From on or about November 1, 2016, the exact date being unknown to the Grand Jury, and continuing thereafter until on or about February 8, 2019, in the Eastern District of Texas and elsewhere,

**Zenon Dominguez Nieto, a.k.a. Domiguez Nieto; (1)**
**Juliano Garcia-Zabaleta, a.k.a. Toro; (2)**
**Jose Antonio Ibarra Godinez, a.k.a. Gordo, a.k.a. Gordito; (3)**

[redacted]

**Omar Martinez; (9)**

[redacted]

defendants, did intentionally and knowingly conspire, combine, confederate, and agree together, with each other, and with other persons known and unknown to the Grand Jury to distribute and possess with intent to distribute 5 kilograms or more of a mixture of substance containing a detectable amount of cocaine; a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. §846.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### (Pursuant to 21 U.S.C. § 853)

As a result of the commission of the foregoing offense alleged in the indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained directly, or indirectly, as a result of the said violation, and any property used, or intended to be used in any manner or part, to commit or to facilitate the commission of the said violation, including but not limited to the following:

**MONEY JUDGMENT**

A sum of money equal to **thirty-five million, one hundred thousand dollars** ($35,100,000.00) in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count One, conspiracy to distribute and possess with intent to distribute a Schedule II controlled substance, namely 5 kilograms or more of cocaine, for which the defendants are personally liable for the approximate amounts shown below:

**Zenon Dominguez Nieto**
**Juliano Garcia-Zabaleta**
**Jose Antonio Ibarra Godinez**



**Omar Martinez**         $954,000





<u>Substitute assets</u>

If any property subject to forfeiture as a result of any act or omission by the defendants (i) cannot be located upon the exercise of due diligence, (ii) has been transferred or sold to, or deposited with a third party, (iii) has been placed beyond the jurisdiction of the court, (iv) has been substantially diminished in value, or (v) has been commingled with other property which cannot be subdivided without difficulty, the defendants shall forfeit to the United States any other property of the defendants up to the value of the forfeitable property.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____        _____
Lesley D. Brooks                                             Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | NO. 4:19-CR-68 |
| | § | Judge |
| ZENON DOMINGUEZ NIETO  (1) | § | |
|  a.k.a. DOMINGUEZ NIETO | § | |
| JULIANO GARCIA-ZABALETA  (2) | § | **SEALED** |
|  a.k.a. TORO | § | |
| JOSE ANTONIO IBARRA GODINEZ  (3) | § | |
|  a.k.a. GORDO | § | |
|  a.k.a. GORDITO | § | |
| OMAR MARTINEZ (9) | § | |

**NOTICE OF PENALTY**

**Count One**

<u>Violation</u>:      21 U.S.C. § 846

<u>Penalty</u>:       If 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine - not less than 10 years, nor more than life, a fine not to exceed $10 million, or both; supervised release of at least 5 years;

If 500 grams or more of a mixture or substance containing a detectable amount of cocaine – not less than 5 years, nor more than 40 years imprisonment, a fine not to exceed $5,000,000, or both; supervised release of at least 4 years;

<u>Special Assessment</u>: $100.00