IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | NO. 4:19-CR-68 |
| | § | Judge Mazzant |
| ZENON DOMINGUEZ NIETO (1) | § | |
|   a.k.a. Dominguez Nieto | § | |
| JULIANO GARCIA-ZABALETA (2) | § | **SEALED** |
|   a.k.a. Toro | § | |
| JOSE ANTONIO IBARRA GODINEZ (3) | § | |
|   a.k.a. Gordo | § | |
|   a.k.a. Gordito | § | |
| DAVID CLYDE McKINNEY (4) | § | |
| SHAMILYA DIANE GREENE (5) | § | |
| ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (6) | § | |
| ▆▆▆▆▆ | § | |
| TOMAS DUQUE PINEDA (7) | § | |
|   a.k.a. Chaparro | § | |
| LUIS VEGA (8) | § | |
|   a.k.a. Kiko | § | |
| OMAR MARTINEZ (9) | § | |
| FABIAN VILLEGAS HERRERA (10) | § | |
| SELENE HERRERA (11) | § | |
| MARIA VILLEGAS HERRERA (12) | § | |
| JOSE VILLEGAS MARTINEZ (13) | § | |
|   a.k.a. Monito | § | |
| JOSE ISAAC HERRERA (14) | § | |
|   a.k.a. Isaac | § | |
| ALVARO GABRIEL VARGAS CUEVAS (15) | § | |
|   a.k.a. Varo | § | |
| LEONICIO JIMENEZ (16) | § | |
|   a.k.a. Lloron | § | |
| LILIANA DUQUE PINEDA (17) | § | |
| CARLOS VASQUEZ ARTIAGA (18) | § | |
| ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (19) | § | |
| ▆▆▆▆▆▆▆▆ | § | |
| ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (20) | § | |
| ▆▆▆▆▆▆▆ | § | |
| ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (21) | § | |



FILED
MAY - 8 2019
Clerk, U.S. District Court
Texas Eastern



## SECOND SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Distribute or
Possess with Intent to Distribute
or Dispense Cocaine)

From on or about November 1, 2016, the exact date being unknown to the Grand Jury, and continuing thereafter until on or about February 8, 2019, in the Eastern District of Texas and elsewhere,

Zenon Dominguez Nieto, a.k.a. Domiguez Nieto; (1)
Juliano Garcia-Zabaleta, a.k.a. Toro; (2)
Jose Antonio Ibarra Godinez, a.k.a. Gordo, a.k.a. Gordito; (3)
David Clyde McKinney; (4)
Shamilya Diane Greene; (5)
███████████████████████; (6)
Tomas Duque Pineda, a.k.a. Chaparro; (7)
Luis Vega, a.k.a. Kiko; (8)
Omar Martinez; (9)
Fabian Villegas Herrera; (10)
Selene Herrera; (11)
Maria Villegas Herrera; (12)
Jose Villegas Martinez, a.k.a. Monito; (13)
Jose Isaac Herrera, a.k.a. Isaac; (14)

Alvaro Gabriel Vargas Cuevas, a.k.a. Varo;  (15)
Leonicio Jimenez, a.k.a. Lloron;  (16)
Liliana Duque Pineda;  (17)
Carlos Vasquez Artiaga;  (18)
███████████████████████████; (19)
███████████████████████████; (20)
██████████████████████████████; (21)
████████████████; (22)
██████████████████████; (23)
████████████████; (24)
██████████; (25)
████████████████; (26)
██████████████████████; (27)
████████████████; and  (28)
██████████████████  (29)

defendants, did intentionally and knowingly conspire, combine, confederate, and agree together, with each other, and with other persons known and unknown to the Grand Jury to distribute and possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine; a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. §846.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### (Pursuant to 21 U.S.C. § 853)

As a result of the commission of the foregoing offense alleged in the indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained directly, or indirectly, as a result of the said violation, and any property used, or intended to be used in any manner or part, to commit or to facilitate the commission of the said violation, including but not limited to the following:

**Items seized from the residence of Jose Antonio Ibarra Godinez**

    a.    $55,274.00 in United States currency

**Items seized from the residence of Shamilya Greene**

    a.    One Remington .45 caliber handgun, model 1911 R1, Serial Number RHN70956A with two magazines

    b.    Fifteen (15) rounds of .45 caliber ammunition

    c.    One black silencer, unknown model or serial number, with markings "AAC" and "0.578.28"

**Items seized from the residence of David McKinney**

    a    $28,873.00 in United States currency

    b.    2015 GMC Denali, License plate number LKG3255, VIN: 1GKS2CKJ0FR507595

    c.    One Glock 9mm handgun, Model 26, Serial Number DHR519US with one magazine

    d.    Forty-three (43) rounds of 9mm ammunition

    f.    One Black Gemtech Silencer with marking "1/2-28"

    g.    One Glock gun case with handgun papers and cleaning brush

    h.    One FN Herstal 5.7 x 28 caliber handgun, unknown model, Serial Number 386220247 with one magazine

    i.    Twenty (20) rounds of 5.7 x 28 ammunition

    j.    One Royal Sovereign Money Counter Serial Number K1606LA66646

    k.    One Marlin .22LR Caliber Rifle, Model 99G, Unknown serial number

    l.    One Remington 20 Gauge Magnum shotgun, Model Wingmaster 870, Serial Number S152330N

    m.    Unknown Make 7.62 x 39mm Rifle, Unknown Model, Serial Number K1855

    n.    One Taurus 9mm Handgun, Model Millennium PT III, Serial Number TUJ96172 with one magazine

    o.    One Sccy 9mm Handgun, Model CPX-2, Serial Number 567000 with one magazine

    p.    One Anderson Manufacturing 5.56 (multi cal) Rifle, Model AM-15, Serial Number 18104077 with one magazine

    q.    Twenty-six (26) rounds of .223 caliber ammunition

    r.    One Taurus 9mm Handgun, Model PT 92 AFS, Serial Number TGX88351 with one magazine

    s.    One CN Romarm SA/Cugir 7.62 x 39 mm Rifle, Model SAR1, Serial Number S7-34993-2001 with one magazine

    t.    Thirty (30) rounds of 7.62 x 39mm ammunition

    u.    One Taurus .380 caliber handgun, Model PT 738, Serial Number 1D046376 with one magazine

    v.    Six (6) rounds of .380 caliber ammunition

**Additional Items Seized**

    a.    2014 Toyota Tacoma, License Plate number KNK9054, VIN 5TFLU4EN7EX098729

    b.    2016 Mercedes Benz, License Plate number JKS2509, VIN 4JGED7FB5GA009143

    c.    2014 Ford Mustang, License Plate number KGV9066, VIN 1ZVBP8CF7E5303870

    d.    2017 Jaguar XE Sedan, License Plate number LJP5281, VIN SAJAE4BG7HA969227

## Real Property

    a. 810 Pangburn Street, Grand Prairie, Texas 75051; Tyre Estates Addition Block: 8 Lot: 20.

    b. 7201 Chambers Creek Lane, Arlington, Texas 76002; Lake Port Meadows Addition Block: 11 Lot: 1.

## MONEY JUDGMENT

A sum of money equal to **thirty-five million, one hundred thousand dollars** ($35,100,000.00) in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count One, conspiracy to distribute and possess with intent to distribute a Schedule II controlled substance, namely 5 kilograms or more of cocaine, for which the defendants are personally liable for the approximate amounts shown below:

| Defendant | Amount |
|---|---|
| **Zenon Dominguez Nieto** | $35,100,000 |
| **Juliano Garcia-Zabaleta** | $35,100,000 |
| **Jose Antonio Ibarra Godinez** | $371,000 |
| **David Clyde McKinney** | $7,950,000 |
| **Shamilya Diane Greene** | $4,770,000 |
| ▰▰▰▰▰▰▰▰▰▰ | $795,000 |
| **Tomas Duque Pineda** | $7,632,000 |
| **Luis Vega** | $596,250 |
| **Omar Martinez** | $954,000 |
| **Fabian Villegas Herrera** | $1,227,750 |
| **Selene Herrera** | $1,227,750 |
| **Maria Villegas Herrera** | $1,227,750 |
| **Jose Villegas Martinez** | $1,227,750 |
| **Jose Isaac Herrera** | $954,000 |
| **Alvaro Gabriel Vargas Cuevas** | $954,000 |
| **Leonicio Jimenez** | $39,600 |
| **Liliana Duque Pineda** | $291,500 |
| **Carlos Vasquez Artiaga** | $291,500 |
| ▰▰▰▰▰▰▰▰▰▰ | $185,500 |
| ▰▰▰▰▰▰▰▰▰▰ | $25,500 |



|   |   |
|---|---|
|   | $2,491,000 |
|   | $150,000 |
|   | $150,000 |
|   | $132,500 |
|   | $132,500 |
|   | $21,600 |
|   | $53,000 |
|   | $53,000 |
|   | $79,500 |

Substitute assets

If any property subject to forfeiture as a result of any act or omission by the defendants (i) cannot be located upon the exercise of due diligence, (ii) has been transferred or sold to, or deposited with a third party, (iii) has been placed beyond the jurisdiction of the court, (iv) has been substantially diminished in value, or (v) has been commingled with other property which cannot be subdivided without difficulty, the defendants shall forfeit to the United States any other property of the defendants up to the value of the forfeitable property.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____       _____
Lesley D. Brooks                                            Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | NO. 4:19-CR-68 |
| | § | Judge Mazzant |
| ZENON DOMINGUEZ NIETO (1) | § | |
|  a.k.a. DOMINGUEZ NIETO | § | |
| JULIANO GARCIA-ZABALETA (2) | § | **SEALED** |
|  a.k.a. Toro | § | |
| JOSE ANTONIO IBARRA GODINEZ (3) | § | |
|  a.k.a. Gordo | § | |
|  a.k.a. Gordito | § | |
| DAVID CLYDE McKINNEY (4) | § | |
| SHAMILYA DIANE GREENE (5) | § | |
| ███████████████ (6) | § | |
| TOMAS DUQUE PINEDA (7) | § | |
|  a.k.a. Chaparro | § | |
| LUIS VEGA (8) | § | |
|  a.k.a. Kiko | § | |
| OMAR MARTINEZ (9) | § | |
| FABIAN VILLEGAS HERRERA (10) | § | |
| SELENE HERRERA (11) | § | |
| MARIA VILLEGAS HERRERA (12) | § | |
| JOSE VILLEGAS MARTINEZ (13) | § | |
|  a.k.a. Monito | § | |
| JOSE ISAAC HERRERA (14) | § | |
|  a.k.a. Isaac | § | |
| ALVARO GABRIEL VARGAS CUEVAS (15) | § | |
|  a.k.a. Varo | § | |
| LEONICIO JIMENEZ (16) | § | |
|  a.k.a. Lloron | § | |
| LILIANA DUQUE PINEDA (17) | § | |
| CARLOS VASQUEZ ARTIAGA (18) | § | |
| ███████████████ (19) | § | |
| ███████████████ (20) | § | |
| ███████████████ (21) | § | |

FILED
MAY - 8 2019
Clerk, U.S. District Court
Texas Eastern



(22) §
(23) §
(24) §
(25) §
(26) §
(27) §
(28) §
(29) §

# NOTICE OF PENALTY

## Count One

Violation:   21 U.S.C. § 846

Penalty:   If 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine - not less than 10 years, nor more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least 5 years;

If 500 grams or more of a mixture or substance containing a detectable amount of cocaine – not less than 5 years, nor more than 40 years imprisonment, a fine not to exceed $5,000,000, or both; supervised release of at least 4 years;

If less than 500 grams of a mixture or substance containing a detectable amount of cocaine – imprisonment up to 20 years, a fine not to exceed $1,000,000, or both; supervised release of at least 3 years.

Special Assessment: $100.00